IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BONITA McCABE, | ) |
| Plaintiff, | ) ) ) ) |
| v. | ) CIVIL ACTION NO. 01-1433 ) |
| JO ANNE B. BARNHART, Commissioner Of Social Security, | ) JUDGE LANCASTER ) ) (Electronic Filing) ) |
| Defendant. | ) |

REMAND ORDER

AND NOW, this 14th day of July, 2006, upon consideration of the Commissioner's Motion to Remand and Request for Entry of Final Judgment,

IT IS HEREBY ORDERED, that this action be remanded to the Commissioner for further administrative proceedings.

This remand is ordered pursuant to the fourth sentence of 42 U.S.C. § 405(g).

BY THE COURT:

_____ J.